Rev. 10/31/07

UNITED STATES DISTRICT COURT0
EASTERN DISTRICT OF MISSOURI

-Courtroom Minute Sheet – Criminal Case

Date __August 2, 2010__     Judge __David D. Noce__     Case No. __4:10 CR 382 RWS/ DDN__

UNITED STATES OF AMERICA v. _____Robert Briggs_____

Court Reporter _____FTR_____     Deputy Clerk __Katie Stamm__

Assistant United States Attorney(s) __John Ware__

Attorney(s) for Defendant(s) __Sean Vicente__

Interpreter: _____     ☐ **SEALED PROCEEDING**

**Proceedings:**

☐ Initial Appearance                ☐ Detention Hearing                    ☐ Preliminary Revocation
☒ Arraignment                       ☐ Bond Review                          ☐ Probation
☐ Preliminary Examination           ☐ Bond Execution/Appearance Bond       ☐ Supervised Release
☐ Motion Hearing                    ☐ In Court Hrg (**WAIVER OF MOTIONS**)  ☐ Competency
   ☐ Evidentiary Hearing            ☐ Change of Plea/Sentencing             ☐ Pretrial/Status Conference
   ☐ Oral Argument/Non Evidentiary Hearing   ☐ Rule 5(c)(3)Removal (Identity)   ☐ Material Witness

Additional Information _____PT MTNS DDL- 8/16_____

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____   ☐ Secured Appearance Bond   ☐ Secured by 10%

   ☐ Secured by cash **only**     ☐ Secured by property     ☐ Unsecured bond     ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ Before _____

☐ Preliminary examination   set for _____

☒ Defendant arraigned       ☒ Waives reading of indictment/information        ☐ Matter taken under advisement

☒ Plea entered : not guilty        Order on pretrial motions:   ☐ issued   ☐ to issue

   ☒ **Oral Mtn for Suppression by deft**                ☒ **Written Mtn for Time to File Pretrial Mtns by deft**

         ☒ **Oral Mtn for Determination of Arguably Suppressible Evidence by Govt**

☐ Defendant waives _____     ☐ order to issue     ☐ oral ruling

☐ Defendant waives evidentiary hearing     ☐ By leave of court withdraws all pretrial motions
Trial date/time __Not Set_____     Before _____

         ☐ Remanded to custody    ☒ Released on bond
Next hearing date/time __8/25 @ 10AM__  Type of hearing __EVID__  Before __DDN__
Proceeding commenced __10:12__   Proceeding concluded __10:16__   Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.